**Trn–501** [Order Appointing Interim Trustee] (Rev. 09/15)

# United States Bankruptcy Court
## NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **In re:** | **Case No.** 19–01667–TOM7 |
| William J Clapp Jr. | **Chapter** 7 |
| **SSN:** xxx–xx–0787 | |
| | |
| **Debtor(s)** | |

## ORDER APPOINTING INTERIM TRUSTEE AND APPROVING STANDING BOND

It is **ORDERED** and notice is hereby given that:

1.   The following interim trustee is hereby appointed, and the trustee's standing bond is fixed under the general blanket bond heretofore approved.

**Thomas E Reynolds**
Reynolds Legal Solutions, LLC
300 Richard Arrington Jr. Blvd. N
Suite 503
Birmingham, AL 35203

2.   Unless the interim trustee files a rejection of this appointment within seven (7) days following receipt of this order, the trustee will be deemed to have accepted this appointment as provided by Rule 2008.

Dated:   April 22, 2019

/s/ Tamara O Mitchell
United States Bankruptcy Judge

cmh